**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WITER ELOY FREITEZ LOPEZ, also known as FREITEZ LOPEZ WITER ELOY, | No. 2:26-cv-00541 KES EPG (HC) |
| | A No. 241435045 |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE, TERMINATING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | |
| | Docs. 1, 2, 6 |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 27, 2026, the assigned magistrate judge issued findings and recommendations, recommending dismissal of the pending petition as duplicative of *Freitez Lopez Witer Eloy v. Warden*, Case No. 1:26-cv-01236-KES-EPG. Doc. 6 at 2. On February 27, 2026, the findings and recommendations were served on the parties and contained notice that any objections were to be filed within 14 days. *Id.* at 3. No objections were filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court **ORDERS**:

1. The findings and recommendations issued on February 27, 2026 (Doc. 6) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as duplicative.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   April 1, 2026

UNITED STATES DISTRICT JUDGE

2